Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered on or about August 9, 2002, inter alia, granting defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The proof demonstrating that plaintiff, although hired by third-party defendant OneSource, worked exclusively under the direct supervision and control of defendant at its Pleasantville campus, with defendant possessing the plenary right to have plaintiff discharged, to dictate plaintiff's work hours, wages, vacation schedule, work assignments and the manner of their completion, established that plaintiff was a special employee of defendant (*see Thompson v Grumman Aerospace Corp.*, 78 NY2d 553 [1991]). Accordingly, this action against defendant to recover for injuries sustained by plaintiff in the course of his employment is barred by Workers' Compensation Law § 11 (*see Gannon v JWP Forest Elec. Corp.*, 275 AD2d 231 [2000]; *Cameli v Pace Univ.*, 131 AD2d 419 [1987]). Concur—Saxe, J.P., Sullivan, Rosenberger, Friedman and Gonzalez, JJ.

■ MARINA PEREZ et al., Appellants, v MOSHULU FOOTCARE et al., Respondents. [767 NYS2d 221]—

Order, Supreme Court, Bronx County (Kenneth Thompson, J.), entered on or about May 16, 2002, which granted defendants' motion to dismiss the action as time-barred, unanimously affirmed, without costs.

This action for podiatric malpractice, commenced in November 1999, was properly dismissed as time-barred in light of testimonial and documentary evidence indicating that plaintiff was last treated by defendant doctor in October 1996 (*see* CPLR 214-a). Although plaintiff contends that her treatment with defendant continued beyond that date, the record does not contain evidence probative of that contention, much less that the claimed treatment continued sufficiently long to come within the statutory period (*see e.g. De Peralta v Presbyterian Hosp.*, 121 AD2d 346 [1986]).

We have considered plaintiffs' remaining arguments and find

them unavailing. Concur—Saxe, J.P., Sullivan, Rosenberger, Friedman and Gonzalez, JJ.